Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT

08/31/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
|---|---|---|---|
| v. | PLAINTIFF | 5:22-mj-00553 | 19CR-03698-LAB-2 |
| FELIX, MICHAEL ANTHONY | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS#  88588-298 | DEFENDANT | | |

## TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/31/2022 ____ at 8:00 ____ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3606

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:   DUTY OFFICER

10. Remarks (if any): _____

11. Name:  Cesar Perez _____   (please print)

12. Office Phone Number: 951.276.6160 _____   13. Agency:  USMS

14. Signature: _Cesar Perez_____   15. Date:  08/31/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION